**Order entered August 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01451-CR

### CRAIG ALLEN JORDAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 17-30308-CC2-F**

## ORDER

Before the Court is the State's August 14, 2018 second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief due by August 24, 2018.


/s/    CRAIG STODDART
       JUSTICE